Randolph E. Dawson, Pro Se.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Randolph E. Dawson appeals from the district court's order denying his "Motion for Writ of Mandamus." We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Dawson,* No. CR–99–88 (E.D.Va. Aug. 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Victor Perkins, Pro Se.

Before NIEMEYER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Victor Perkins appeals from the district court's order and judgment dismissing without prejudice his petition filed under 28 U.S.C. § 2241 (1994). We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Perkins v. United States,* No. CA–01–509–5–2BR (E.D.N.C. July 27, 2001). Perkins has filed a motion for summary judgment which we deny. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Victor **PERKINS**, Petitioner–Appellant,

v.

**UNITED STATES of America,**
Respondent–Appellee.

No. 01–7529.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 28, 2002.

Decided Feb. 7, 2002.

**UNITED STATES of America,**
Plaintiff–Appellee,

v.

**James Vincent WELLS, Defendant–Appellant.**

No. 01–7536.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 7, 2002.